UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-00311-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>BENJAMIN ROBERT DAVIS,<br>Defendant. | ORDER |

This matter is before the Court on "Defendant's Motion to Seal Sentencing Memorandum."

FOR GOOD CAUSE, the Sentencing Memorandum filed at D.E. # 24 shall be sealed.

SO ORDERED.

This the 17th day of September, 2012.

*[signature]*