UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-00311-BO-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| BENJAMIN ROBERT DAVIS, | ) | |
| Defendant. | ) | |

This matter is before the Court on "Defendant's Motion to Seal Notice of Filing."

FOR GOOD CAUSE, the Notice of Filing, and Exhibits, filed at D.E. # 30 shall be sealed.

SO ORDERED.

This the 20 day of September, 2012.

[signature]