IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-311-1BO
No. 5:15-CV-14-1BO

BENJAMIN ROBERT DAVIS,                )
                                      )
      Petitioner,                    )
                                      )
      v.                             )    ORDER
                                      )
UNITED STATES OF AMERICA,             )
                                      )
      Respondent.                    )

This matter coming before the court for consideration, it is hereby

ORDERED that the Respondent's Reply [D.E. 68] filed under seal be allowed.

This 22 day of June, 2015.

*/s/ Terrence W. Boyle*
TERRENCE W. BOYLE
United States District Judge