UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-CR-311-BO
5:15-CV-14

UNITED STATE OF AMERICA )
)
v. )
)
BENJAMIN ROBERT DAVIS )

### ORDER

This matter is before the Court on the motion of Benjamin Robert Davis to continue the evidentiary hearing set for 26 August 2015 for at least thirty days. The government has consented to this requested continuance. Having reviewed the basis for the request, the Court finds that good cause has been shown. Therefore, the motion is ALLOWED and it is hereby ORDERED that the evidentiary hearing is hereby continued for at least thirty days until re-scheduled by this Court. *November Term 2015 TWB*

This the 23 day of August, 2015.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge