IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-311-BO-1
NO. 5:15-CV-14-BO-1

| | | |
|---|---|---|
| BENJAMIN ROBERT DAVIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter comes before the Court on the government's motion for clarification of scope of evidentiary hearing. The government's motion is granted. [DE 85].

The evidentiary hearing in this matter will extend only to petitioner's ineffective assistance of counsel claim. The time and date of the evidentiary hearing will be set by notice at a later date.

SO ORDERED, this ___ day of May, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE