UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-CR-311-BO
5:15-CV-14

| UNITED STATE OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| BENJAMIN ROBERT DAVIS | ) |

## ORDER

This matter is before the Court on the motion of Benjamin Robert Davis for this Court to set a schedule for the filing of post-hearing briefs. The government has consented to the briefing schedule as requested by Mr. Davis. Having reviewed the basis for the request, the Court finds that good cause has been shown. Therefore, the motion is ALLOWED and it is hereby ORDERED that the parties will be allowed to file post-hearing brief. Mr. Davis shall file his brief no more than twenty days after delivery of a transcript of the hearing that was held on 1 June 2016. The government shall file its brief no more than twenty days after Mr. Davis files his brief.

This the _20_ day of June, 2016.

*Terrence W. Boyle*
TERRENCE W. BOYLE
United States District Judge