UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-CR-311-BO
5:15-CV-14

| | |
|---|---|
| UNITED STATE OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| BENJAMIN ROBERT DAVIS | ) |

### ORDER

This matter is before the Court on the motion of Benjamin Robert Davis for leave to file a post-hearing reply brief. Having reviewed the basis for the request, and that Mr. Davis has filed the proposed reply brief of only five (5) pages, the Court finds that the request to submit this reply brief is reasonable. Therefore, the motion is ALLOWED and it is hereby ORDERED that Mr. Davis shall be allowed to submit a post-hearing reply brief.

This the _10_ day of August, 2016.

TERRENCE W. BOYLE
United States District Judge